CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 16 2007

JOHN P. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

DOUGLAS SCEARCE,

    Plaintiff,

v.                                         Civil Action No. 6:06CV00051

THE GOODYEAR TIRE & RUBBER COMPANY,

    Defendant.

### STIPULATION OF DISMISSAL

By counsel, plaintiff Douglas Scearce and defendant The Goodyear Tire & Rubber Company hereby stipulate to this matter being dismissed with prejudice pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*, with each party bearing his/its own costs and fees.

It is so ORDERED.

ENTERED: 7 / 16 / 2007

_____
JUDGE

Requested by:

*Philip B. Baker*
_____
Philip B. Baker, VSB #23434
Counsel for the Plaintiff
*(Signed with permission)*

    SANZONE & BAKER, PC
    P. O. Box 1078
    Lynchburg, VA 24505
    434-846-4691
    434-528-5264 [fax]

*Glenn W. Pulley*
Glenn W. Pulley, VSB #15677
Counsel for the Defendant

CLEMENT & WHEATLEY
P. O. Box 8200
Danville, VA  24543-8200
434-793-8200
434-793-8436 [fax]